IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,                        CR-N-05-0167-HDM(RAM)

  vs.                              **ORDER**

JOSE CHAGOLLA-SANCHEZ,

    Defendant.

_____/

    The defendant's motion to dismiss the indictment (#18) is denied.

    It is so ORDERED.

    Dated this 8th day of November, 2005.

                                        _/s/ Howard D. McKibben_

                                        United States District Judge